UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEATRIZ TREJO,

          Plaintiff,

    v.

STANLEY CHAO, et al.,

          Defendants.

Case No.  25-cv-09758-SK

**ORDER OF DISMISSAL**

Regarding Docket No. 27

On February 18, 2026, Plaintiff Beatriz Trejo filed a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 27.)  Because Defendants have not filed an answer or a motion for summary judgment, the Court HEREBY DISMISSES this case WITH PREJUDICE as to Plaintiff Beatriz Trejo's claims against Defendants Stanley Chao, ARB Risk Management, LLC, ARB Risk Management Holdings, LLC, Agustin Garcia, Sarah Brown Garcia, April Popaditch, Penny Moranda, and John Does 1-40.  The Court DISMISSES this action WITHOUT PREJUDICE as to the claims of putative class members.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

    **IT IS SO ORDERED**.

Dated: February 19, 2026

_____

SALLIE KIM
United States Magistrate Judge